# Exhibit A



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System(Tess)

TESS was last updated on Wed Jan 11 04:12:41 EST 2006

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | GRAVITAS |
| **Translations** | The English translation of "GRAVITAS" is "gravity". |
| **Goods and Services** | IC 036. US 100 101 102. G & S: asset management and financial analysis and consultation. FIRST USE: 19960201. FIRST USE IN COMMERCE: 19960201

IC 042. US 100 101. G & S: computer software design for others. FIRST USE: 19960201. FIRST USE IN COMMERCE: 19960201 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.01 - Rectangles as carriers or rectangles as single or multiple line borders |
| **Serial Number** | 75151981 |
| **Filing Date** | August 19, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 6, 1998 |
| **Registration Number** | 2147124 |
| **Registration Date** | March 31, 1998 |
| **Owner** | (REGISTRANT) GRAVITAS Capital Advisors, L.L.C. LTD LIAB CO D.C. 601 Pennsylvania Avenue, N.W Suite 900 **Washington** D.C. 20004 |
| **Attorney of Record** | J MICHAEL CLEARY |
| **Type of Mark** | SERVICE MARK |

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY