CO-386-online
10/03

# United States District Court
# For the District of Columbia

GRAVITAS CAPITAL ADVISORS, LLC  )
601 Pennsylvania Avenue, NW )
Suite 900 - South )
Washington, DC 20004 )
                                 Plaintiff )
       vs )   Civil Action No._____
)
GRAVITAS, LLC )
145 E 57th Street, 10th Floor )
New York, NY 10022 )
)
                               Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __GRAVITAS CAPITAL ADVISORS, LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __GRAVITAS CAPITAL ADVISORS, LLC__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                                    Attorney of Record

                                                    _/s/ Kurt J. Hamrock_
                                                    Signature

**D.C. Bar 442619**                      Kurt J. Hamrock
BAR IDENTIFICATION NO.       Print Name

                                      McKenna Long & Aldridge LLP, 1900 K Street, N.W.
                                      Address

                                      **Washington, DC  20006**
                                      City            State        Zip Code

                                      **(202) 496-7500**
                                      Phone Number