US District Court, For the District of Columbia County

Office No.

Gravitas Capital Adivisors LLC.

**Plaintiff**

-against-

Gravitas LLC

**Defendant**

**STATE OF NEW YORK**

ss.:

**COUNTY OF NEW YORK**

**Service By Personal Delivery General**

Byran McElderry, being duly sworn, deposes and says:

I am over the age of 18 years, am not a party to this action, and reside in the State of New York.

That on January 18, 2006, at 2:38 PM, at 145 East 57th St., 10TH FLR., New York, NY 10022, I served the:
   **Summons & Complaint, Certificate Rule LCVR 7.1**
Upon Gravitas LLC. by delivering to and leaving one (1) true copy of the aforementioned document(s) with Patty Vitucci, Managing Agent.

Deponent describes the said defendant so served as follows:

Sex: Female; Color: White; Hair: Brown; Approx. Age: 40; Approx. Height: 5'6"; Approx. Weight: 135.

Deponent further says that at the time of such service, I knew the defendant so served as aforesaid to be the same defendant mentioned and described in said
   **Summons & Complaint, Certificate Rule LCVR 7.1**

Sworn to before me on January 19, 2006:

Lorna Dyges
Notary Public, State of New York
No. 01DY6026234
Qualified in Queens County
Commission Expires 6/14/2007

Byran McElderry - NYC License # 869802

McKENNA LONG & ALDRIDGE LLP.
175484

Nationwide Court Services, Inc. d/b/a National Process Service
20 Vesey Street, New York, NY 10007-2953
License # 1037536

5