A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

GRAVITAS CAPITAL ADVISORS, LLC )
)
       Plaintiff(s) ) **APPEARANCE**
)
)
       vs. ) CASE NUMBER 1:06cv00064
GRAVITAS, LLC )
)
       Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Steven B. Kelber  as counsel in this
(Attorney's Name)

case for:  GRAVITAS, LLC
(Name of party or parties)

_____Feb. 16, 2006_____   _____[signature]_____
Date                          Signature

DC Bar No. 358,515           Steven B. Kelber/Merchant & Gould
BAR IDENTIFICATION           Print Name

901 15th Street, N.W., Suite 850
Address

Washington, DC  20005
City           State       Zip Code

202-326-0300
Phone Number