UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAVITAS CAPITAL ADVISORS, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GRAVITAS, LLC )<br>)<br>Defendant. )<br>) | C.A. No. 1:06cv0064 (HHK) |

**ANSWER OF PLAINTIFF GRAVITAS CAPITAL ADVISORS, LLC,
TO COUNTERCLAIM ASSERTED BY DEFENDANT GRAVITAS, LLC**

Plaintiff Gravitas Capital Advisors, LLC ("Gravitas Capital"), pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, hereby responds to the allegations contained within the counterclaim asserted by Defendant Gravitas, LLC ("Gravitas"), as follows:

**COUNTERCLAIM PLAINTIFF**

1.   Admitted.

**COUNTERCLAIM DEFENDANTS**

2.   Admitted.

**JURISDICTION AND VENUE**

3.   Admitted.

**FIRST COUNTERCLAIM--MALICIOUS PROSECUTION**

4.   Gravitas Capital incorporates by reference the representations contained in paragraphs 1 through 3 of this Answer as if these paragraphs were fully set forth herein.

5.   Gravitas Capital is without knowledge or information sufficient to form a belief as to the truth of this averment as to the first sentence. Denied as to the second sentence.

6.   Denied.

7. Admitted to the extent that, subsequent to the time Gravitas began offering financial services in connection with the service mark GRAVITAS, Gravitas Capital contact Gravitas, advising Gravitas that it perceived a potential conflict and confusion over financial services offered with the mark GRAVITAS; otherwise denied.

8. Admitted.

9. Denied as to the first sentence. The second sentence contains sufficient ambiguity that Gravitas Capital is without knowledge or information sufficient to form a belief as to its truth. Denied as to the third sentence.

10. Gravitas Capital is without knowledge or information sufficient to form a belief as to the truth of this averment.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

Respectfully submitted,

_____
Kurt J. Hamrock (DC Bar No. 442619)

Dated: March 20, 2006

MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7500
(202) 496-7756 (facsimile)

Attorneys for Plaintiff
Gravitas Capital Advisors, LLC