UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GRAVITAS CAPITAL ADVISORS, LLC )
)
       Plaintiff, )
)
v. )
) C.A. No. 1:06cv0064 (HHK)
GRAVITAS, LLC )
)
       Defendant. )
)
)

## JOINT PROPOSED SCHEDULING ORDER

Pursuant to the Federal Rules of Civil Procedure, the Local Rules, and the agreement of the parties, it is, by the Court, this _____ day of _____, 2006,

**ORDERED** that the parties shall abide by the following pre-trial deadlines:

| | |
|---|---|
| Initial disclosures required by Rule 26(a)(1) | May 8, 2006 |
| Exchange of witness lists | May 24, 2006 |
| Joinder of other parties/amendment of pleadings | May 31, 2006 |
| Post-Rule 26 discovery requests | June 8, 2006 |
| Proponent's Rule 26(a)(2) statements | June 23, 2006 |
| Opponent's Rule 26(a)(2) statements | July 24, 2006 |
| Close of Discovery | August 25, 2006 |

**FURTHER ORDERED** that the pretrial conference for this case will take place on _____, 2006, at _____ o'clock.

_____
Henry H. Kennedy
U.S. District Judge