UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAVITAS CAPITAL ADVISORS, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GRAVITAS, LLC )<br>)<br>Defendant. )<br>) | C.A. No. 1:06cv0064 (HHK) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Gravitas Capital Advisors, LLC, and Defendant Gravitas, LLC, parties in the above-captioned matter, jointly stipulate to the dismissal with prejudice of this action and the claims and counterclaims asserted therein pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/_____
Kurt J. Hamrock (DC Bar No. 442619)

MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7500
(202) 496-7756 (facsimile)

Attorneys for Plaintiff
Gravitas Capital Advisors, LLC

Dated: August 7, 2006

/s/_____
Steven B. Kelber (DC Bar No. 358515)

MERCHANT & GOULD
901 15th Street, N.W., Suit 850
Washington, DC 20005
202-326-0300
202-326-0778 (facsimile)

Attorneys for Defendant
Gravitas LLC